```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/17/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LINDA SLADE, on behalf of himself and all others similarly situated,

                       Plaintiff,

    -against-

FRY POWERS LLC,

                       Defendant.
-----------------------------------------------------------------X

**22-CV-10543 (JHR) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Stipulation of Voluntary Dismissal filed on February 16, 2023 (doc. no 13) the Initial Case Management Conference currently scheduled for **March 27, 2023** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:    New York, New York
               February 17, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge